

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

| | |
|---|---|
| Appellate case name: | John Klumb, Veronica McClelland, Vivian Montejano, John Gonzalez, Anita Robles, and Charmaine Pilgrim on Behalf of Themselves and All others Similarly Situated; City of Houston v. Houston Municipal Employees Pension System, et al., |
| Appellate case number: | 01-12-00511-CV |
| Trial court case number: | 1175492 |
| Trial court: | 234th District Court of Harris County |

Appellants have filed a motion for oral argument in the above cause. The motion is granted. The cause is removed from the Court's February 19, 2013 submission docket. The cause will be set for submission on March 5, 2013 at 10:30 a.m. The Court will hear oral argument at that time.[1]

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
☑ Acting individually   ☐ Acting for the Court

Date: February 4, 2013

---

[1] This Court's Clerk's Office will send a submission notice at a later time to the parties including more details pertaining to submission and argument.